CHRISTINE M. OWEN, ESQ.
Nevada Bar No. 9141
**LAW OFFICE OF CHRISTINE M. OWEN, ESQ.**
509 S. Seventh Street
Las Vegas, NV 89101
Tel: (702) 986-0000
E-mail: Christine@CallChristine.com
*IN PROPER PERSON*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE OWEN, | Case No. 2:18-cv-01581-GMN-DJA |
| Plaintiff, | |
| v. | |
| ADAM STOKES, an individual, *et al.* | |
| Defendants. | |

## SUBSTITUTION IN PROPER PERSON / CONSENT AND NOTICE OF WITHDRAWL OF COUNSEL

PLEASE TAKE NOTICE that CHRISTINE OWEN hereby consents to the withdrawal of HAROLD P. GEWERTER, ESQ. of GEWERTER & DOWLING as her attorney of the record in the foregoing matter. Plaintiff's current mailing address is 509 S. Seventh Street, Las Vegas NV 89101. Plaintiff's current telephone number is (702) 986-0000.

Plaintiff CHRISTINE OWEN hereby consents to and does hereby substitute herself in Proper Person in place and instead of HAROLD P. GEWERTER, ESQ. , in

DATED this 27 day of January, 2020.

By: _____
CHRISTINE M. OWEN, ESQ.
In Proper Person

HAROLD P. GEWERTER, ESQ. of GEWERTER & DOWLING does hereby consent to the substitution of CHRISTINE OWEN in proper person as counsel for herself.

DATED this 24 day of January, 2020.

By: _____
HAROLD P. GEWERTER, ESQ.
1212 S. Casino Center Blvd.
Las Vegas, NV 89104

The Substitution of Attorney is hereby approved and so ORDERED.

Date: 1/31/2020        _____
United States Magistrate Judge